UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:            21 MC 172 (PAE)
                              Plaintiff,                :
:                 ORDER
            -v-                                         :
:
IN RE NON JUDICIAL CIVIL FORFEITURE                     :
PROCEEDING REGARDING $84,020 IN UNITED                  :
STATES CURRENCY SEIZED ON OR ABOUT                      :
AUGUST 11, 2020,                                        :
:
                              Defendant.                :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On February 8, 2021, the Government initiated this proceeding. Dkts 1, 2. On February 11, 2021, the Court extended the time in which the Government was required to file a complaint for forfeiture of the Seized Currency to April 12, 2021. Dkt. 4. The Court has granted such extensions four more times, *see* Dkts. 6, 8, 10, 12, including on July 8, 2021, when the Court issued its latest order, requiring the Government to file a complaint on August 11, 2021, Dkt. 12.

No such complaint has since been filed. Nor has the Government submitted another request for an extension to file a complaint. The Government is directed to provide the Court, by October 19, 2021, with a letter explaining whether it intends to pursue the case, and if so, when it expects to be able to file a complaint in this case, along with any other steps it envisions to move this matter forward.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 12, 2021
       New York, New York